Entered on Docket
July 26, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
FILED
JUL 2 5 2013

PAUL J. PASCUZZI, State Bar No. 148810
JENNIFER E. NIEMANN, State Bar No. 142151
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
ppascuzzi@ffwplaw.com
jniemann@ffwplaw.com

Proposed Attorneys for Cha Cha Enterprises, LLC,
Debtor-in-Possession

United States Bankruptcy Court
San Jose, California
The following constitutes the
Order of the Court. Signed 7/25 20 13

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

CHA CHA ENTERPRISES, LLC,
a California limited liability
company,

         Debtor-In-Possession.

CASE NO. 13-53894-ASW

[No Hearing Required]

## ORDER DESIGNATING RESPONSIBLE INDIVIDUAL AND ORDER

On consideration of the Debtor's application and good cause appearing, it is

ORDERED that Juvenal Chavez be and hereby is appointed as the responsible individual for the duties and obligation of the debtor-in-possession. His address and phone numbers are as follows:

        Juvenal Chavez
      Cha Cha Enterprises, LLC
    1775 Story Road, Suite 120
       San Jose, CA 95122
Telephone: (408) 928-1171, Ext. 59111

** END OF ORDER **

COURT SERVICE LIST

"All registered ECF parties"

-2-

APPLICATION FOR ORDER DESIGNATING
RESPONSIBLE INDIVIDUAL

Case: 13-53894    Doc# 40    Filed: 07/25/13    Entered: 07/26/13 15:27:34    Page 2 of 2