BERNARD S. GREENFIELD (SBN 066017)
MARCIA E. GERSTON (SBN 119026)
MAUREEN A. HARRINGTON (SBN 194606)
GREENFIELD SULLIVAN DRAA & HARRINGTON LLP
55 South Market Street, Suite 1500
San Jose, CA 95113
Tel: (408) 995-5600
Fax: (408) 995-0308
Email: bgreenfield@greenfieldsulllivan.com
      mgerston@greenfieldsullivan.com
      mharrington@greenfieldsullivan.com

Attorneys for Creditor
Pacific Meat Brothers

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MI PUEBLO SAN JOSE, INC.,<br><br>          Debtor. | Case No. 13-53893<br>Chapter 11<br><br>APPLICATION OF PACIFIC MEAT COMPANY FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSE UNDER BANKRUPTCY CODE §503(b)(9) |

Page 1
Application of Pacific Meat Company for Allowance and Payment of Chapter 11
Administrative Expense under Bankruptcy Code §503(b)(9)

Case: 13-53893   Doc# 112   Filed: 08/07/13   Entered: 08/07/13 16:55:24   Page 1 of 3

1. Gaukel Enterprises, Inc. d/b/a Pacific Meat Company ("Pacific Meat") is a supplier of meat, chicken and related products to Mi Pueblo San Jose Inc. (the "Debtor") and was a supplier prior to the commencement of Debtor's bankruptcy proceedings.

2. On July 22, 2012 (the "Petition Date"), Debtor commenced the above-captioned case by filing a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§101 *et seq.* (the "Code").

3. Prior to the Petition Date, Pacific Meat supplied goods to Debtor on an open account.

4. Pursuant to Code §503(b)(9), administrative expenses "shall be allowed" for "the value of any goods received by the debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business."

5. Within 20 days prior to the Petition Date, Debtor received goods from Pacific Meat with an aggregate value of $432,642.60, which were sold to Debtor in the ordinary course of Debtor's business. Attached hereto as Exhibit 1 are true and correct copies of the invoices for the goods delivered to the Debtor within 20 days prior to the Petition Date.

6. Pacific Meat has not been paid the amount of $432,642.60, or any portion thereof, for the goods described in Exhibit 1 which were delivered to the Debtor within 20 days of the Petition Date.

7. By this Request, and pursuant to Code §503(b)(9), Pacific Meat seeks allowance of a Chapter 11 administrative expense claim in the amount of $432,642.60 to be paid pursuant to the provisions of the Code and orders entered by the Court authorizing payment of §503(b)(9) claims.

Page 2
Application of Pacific Meat Company for Allowance and Payment of Chapter 11
Administrative Expense under Bankruptcy Code §503(b)(9)
Case: 13-53893   Doc# 112   Filed: 08/07/13   Entered: 08/07/13 16:55:24   Page 2 of 3

WHEREFORE, Pacific Meat asks this Court to enter an Order (A) allowing Pacific Meat a Chapter 11 administrative expense claim in the amount of $432,642.60; (B) ordering the Debtor to pay such allowed administrative expense immediately as an undisputed claim pursuant to the provisions of the Code and the orders entered by this Court governing distributions, and (C) granting Pacific Meat such other and further relief as this Court deems appropriate.

Respectfully submitted,

Dated: August 7, 2013

GREENFIELD SULLIVAN DRAA & HARRINGTON LLP

By: */s/ Marcia E. Gerston*
Marcia E. Gerston
Attorneys for Creditor
Pacific Meat Company

Page 3
Application of Pacific Meat Company for Allowance and Payment of Chapter 11 Administrative Expense under Bankruptcy Code §503(b)(9)

Case: 13-53893   Doc# 112   Filed: 08/07/13   Entered: 08/07/13 16:55:24   Page 3 of 3